# Court of Appeals
# of the State of Georgia

ATLANTA,___November 14, 2016___

*The Court of Appeals hereby passes the following order:*

**A17I0072.  RICKY D. LOCKAMY v. MARGIE LOCKAMY.**

Ricky D. Lockamy filed this application seeking interlocutory review of the trial court's order reforming the parties' 2009 divorce decree.  The Supreme Court has appellate jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the underlying subject matter of this application is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *C l e r k ' s     O f f i c e ,*
*Atlanta,_____11/14/2016_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*